UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,      )
                               )
          Petitioner,          )
                               )  CIV-
     v.                        )  Case No.
                               )
JOHN L. GISLASON,              )
                               )  DECLARATION OF
          Respondent.          )  James Beck
                               )  INTERNAL REVENUE SERVICE
_____      )

     James Beck, hereby declares as follows:

     1.  I am a duly commissioned revenue officer of the Internal Revenue Service, employed in the Small Business/Self-Employed Division of the Office of the Area Director in Atlanta, Georgia, with a post of duty in Sarasota, Florida. As a revenue officer I am authorized to issue Internal Revenue summonses pursuant to the authority contained in 26 U.S.C. Section 7602, Treas. Reg. Section 301.7602, and Internal Revenue Service Delegation Order No. 4 (as revised).

     2.  In my capacity as a revenue officer I am conducting an investigation for the collection of the federal income tax liability of John L. Gislason for the period ending December 31, 2009 and for the examination of the federal income tax liabilities of John L. Gislason for the periods ending December 31, 2012, December 31, 2013, and December 31, 2014.

Exhibit B

3.   In furtherance of the investigation, on January 7, 2016, I issued two Internal Revenue Service Summonses (Forms 6637 and 6638) to respondent directing him to appear before me on February 8, 2016, to give testimony and to produce for examination and copying certain books, records, papers or other data, as described in said summonses.

4.   On January 7, 2016, I served attested copies of the summonses on the respondent by handing him said copies.  Service of the summonses is evidenced by the Certificates of Service attached to the summonses. Copies of the collection summons (Form 6637) and the examination summons (Form 6638) are attached hereto and incorporated herein as Exhibits A-1 and A-2, respectively.

5.   On February 8, 2016, the respondent did appear in response to the summonses but did not provide any of the information requested in the summonses.

6.   On April 14, 2016, Associate Area Counsel for the Internal Revenue Service sent a letter to the respondent offering the respondent another opportunity to appear on April 27, 2016 to satisfy the summonses.  A copy of the letter is attached hereto as Exhibit A-2.  The respondent did not appear on April 27, 2016.

7.   The respondent's refusal to comply with the summonses continues to the date of this declaration.

8.   Information, books, records, papers, and other data which may be relevant and material to the investigation are in the possession, custody or control of the respondent.

- 2 -

9.   The information, books, records, papers, and other data as sought by the summonses are not already in the possession of the Internal Revenue Service.

10.   It is necessary and relevant to obtain the testimony and to examine the books, records, papers, or other data sought by the summonses, in order to complete the investigation for the collection of the federal income tax liability of John L. Gislason for the period ending December 31, 2009 and for the examination of the federal income tax liabilities of John L. Gislason for the periods ending December 31, 2012, December 31, 2013, and December 31, 2014.

11.   All administrative steps required by the Internal Revenue Code for the issuance of the summonses have been followed.

12.   A Justice Department referral, as defined by 26 U.S.C. Section 7602(d)(2), is not in effect with respect to the respondent for the periods under investigation.

I declare under penalty of perjury, pursuant to 28 U.S.C. Section 1746, that the foregoing is true and correct.

Executed this 19th day of May, 2016.

James Beck
Revenue Officer
Internal Revenue Service

- 4 -

# Summons

## Collection Information Statement

**In the matter of** JOHN L GISLASON,
**Internal Revenue Service** *(Identify Division)* SMALL BUSINESS/SELF EMPLOYED
**Industry/Area** *(Identify by number or name)* Small Business / Self Employed
**Periods:** Form 1040 for the calendar period ending December 31, 2009

### The Commissioner of Internal Revenue

**To:** JOHN L GISLASON
**At:**

You are hereby summoned and required to appear before JAMES BECK, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 06/01/2015 To 02/08/2016 or Date Fully Complied With.

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

---

### Do not write in this space

---

**Business address and telephone number of IRS officer before whom you are to appear:**

5971 CATTLERIDGE BLVD STE 102, ATTN: J. BECK, STOP 5410, SARASOTA FL 34232 (941) 378-6407

**Place and time for appearance: At** 5971 CATTLERIDGE BLVD STE 102, ATTN: J. BECK, STOP 5410, SARASOTA, FL 34232

**IRS**

Department of the Treasury
**Internal Revenue Service**
www.irs.gov
Form 6637 (Rev.10-2010)
Catalog Number 25000Q

on the 8th day of February , 2016 at 11:30 o'clock a m.

Issued under authority of the Internal Revenue Code this 7th day of January , 2016

JAMES BECK
*Signature of issuing officer*

N/A
*Signature of approving officer (if applicable)*

REVENUE OFFICER
*Title*

N/A
*Title*

**Original -- to be kept by IRS**

Exhibit B-1



# Certificate of
# Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

**I certify that I served the summons shown on the front of this form on:**

| Date | Time |
|------|------|
| 07/07/2016 | 12:50 pm |

**How** ☑ I handed an attested copy of the summons to the person to whom it was directed.

JOHN L. Gislason WAS PERSONALLY SERVED Form 6637 +

**Summons** ATTACHMENTS And Accepted personal SERVICE at 1990 Main St

Room 749, SARASOTA, FL 34236

**Was** ☑ I left an attested copy of the summons at the last and usual place of abode of the person
to whom it was directed. I left the copy with the following person *(if any)*.

**Served** N/A _____ N/A

| Signature | Title |
|-----------|-------|
| James Beck | REVENUE Officer |

**I certify that the copy of the summons served contained the required certification.**

| Signature | Title |
|-----------|-------|
| James Beck | REVENUE Officer |

Catalog No. 25000Q

Form **6637** (Rev. 10-2010)

# Summons

## Income Tax Return

**In the matter of** _JOHN L GISLASON,_
**Internal Revenue Service** _(Identify Division)_ _SMALL BUSINESS/SELF EMPLOYED_
**Industry/Area** _(Identify by number or name)_ _Small Business / Self Employed_
**Periods:** _Form 1040 for the calendar period ending December 31, 2012, December 31, 2013 and December 31/2014._

### The Commissioner of Internal Revenue

**To:** _JOHN L GISLASON_
**At:** _

You are hereby summoned and required to appear before _JAMES BECK_, an Internal Revenue Service _(IRS)_ officer, to give testimony and to bring for examination the following information related to the tax liability of the person identified above for the periods shown:

All documents and records you possess or control about income you received for the years: _Income Tax Years Ending 12/31/2012, 12/31/2013 and 12/31/2014._

These records and documents include, but are not limited to: Forms W-2 _(Wage and Tax Statement)_, Forms 1099 for interest and dividend income, employee e. gs statements, and records of deposit with banks or other financial institutions.

Also include all other books, records, documents and receipts for income from, but not limited to, the following sources: wages, salaries, tips, fees, commissions, interest, rents, royalties, alimony, state or local tax refunds, annuities, life insurance policies, endowment contracts, pensions, estates, trusts, discharge of indebtedness, distributive shares of partnership income, business income, gains from dealings in property, and any other compensation for services _(including receipt of property other than money)_. Include all documents and records about any income you assigned to any other Person or entity.

IRS will use this information to prepare a federal income tax return for the following year(s) when you didn't file a return: _Income Tax Years Ending 12/31/2012, 12/31/2013 and 12/31/2014._

We have attached a blank return to guide you in producing the necessary documents and records.

---

### Do not write in this space

---

**Business address and telephone number of IRS officer before whom you are to appear:**

_5971 CATTLERIDGE BLVD STE 102,  ATTN: J. BECK, STOP 5410,  SARASOTA  FL  34232  (941) 378-6407_

**Place and time for appearance: At** _5971 CATTLERIDGE BLVD STE 102,  ATTN: J. BECK, STOP 5410,  SARASOTA,  FL 34232_

**IRS**

Department of the Treasury
**Internal Revenue Service**
**www.irs.gov**
Form 6638 (Rev.10-2010)
Catalog Number 61828W

on the _8th_ day of _February_ , _2016_ at _11:00_ o'clock _a_ m.

Issued under authority of the Internal Revenue Code this _7th_ day of _January_ , _2016_

JAMES BECK _____     REVENUE OFFICER _____
Signature of issuing officer                              Title

_N/A_                                                          _N/A_
Signature of approving officer _(if applicable)_          Title

Exhibit B-2            **Original -- to be kept by IRS**



# Certificate of
# Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

**I certify that I served the summons shown on the front of this form on:**

| Date | Time |
|---|---|
| 01/07/2016 | 12:50 pm |

**How**  ☑  I handed an attested copy of the summons to the person to whom it was directed.

JOHN L. Gislason was personally served Form 6638 + Attachments, accepting service at 1990 Main St., room 749, Sarasota, FL 34236

**Summons**

**Was**  ☑  I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed.  I left the copy with the following person (if any):

N/A

**Served**

| Signature | Title |
|---|---|
| James Beck | Revenue Officer |

**I certify that the copy of the summons served contained the required certification.**

| Signature | Title |
|---|---|
| James Beck | Revenue Officer |

Catalog No. 61828W

Form **6638** (Rev. 10-2010)



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
OFFICE OF CHIEF COUNSEL
SMALL BUSINESS/SELF-EMPLOYED DIVISION COUNSEL
P.O. BOX 9, STOP 8000
51 S.W. FIRST AVENUE, ROOM 1114
MIAMI, FLORIDA 33130
(305) 982-5322
FAX (305) 982-5406

APR 14 2016

CC:SB:3:MIA:GL-110765-16 &
GL-110767-16
DLAlfano

John L. Gislason

In re:          John L. Gislason
                Summons (Form 6637)
                Summons (Form 6638)

Dear Mr. Gislason:

The Small Business/Self-Employed South Atlantic Area of the Internal Revenue Service has notified our office that you did not comply with the provisions of the summonses served on you on January 7, 2016. Under the terms of the summonses, you were required to appear before Revenue Officer J. Beck on February 8, 2016.

Legal proceedings may be brought against you in the United States District Court for not complying with these summonses. To avoid such proceedings, you are to appear before Revenue Officer:

                Name:    J. Beck
                Date:    April 27, 2016
                Time:    9:00 a.m.
             Address:    5971 Cattleridge Blvd., Suite 102
                         Sarasota, FL 34232

Any books, records or other documents called for in the summonses should be produced at that time.

Exhibit B-3

CC:SB:3:MIA:GL-110765-16 &     -2-
GL-110767-16

    If you have any questions, please contact Revenue Officer Beck at (941) 378-6407.

                Sincerely,

                WILLIAM L. BLAGG
                Associate Area Counsel
                (Small Business/Self-Employed:Area 3)

By: _____
          BRIAN A. PFEIFER
          Senior Attorney (SBSE)

cc:  J. Beck, Revenue Officer